United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| REMINGTON QUIRANTE, | § § § | |
| *Plaintiff*, | § | |
| VS. | § § | CIVIL ACTION NO. 3:19-CV-398 |
| LOUISIANA MACHINERY COMPANY, INC., *et al.*, | § § § § | |
| *Defendants*. | § | |

# **ORDER**

The parties have notified the court that they have entered into a settlement agreement and have filed a joint stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 10. The court acknowledges this stipulation. Accordingly, the plaintiff's claims against the defendants are dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Signed on Galveston Island on the 23rd day of February, 2020.

                                  _____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE